### 11010.   STARNES *v.* BACON.

STEPHENS, J.   1. A petition for certiorari must except to a final judgment, and must plainly and distinctly set forth the errors complained of.

2. An exception " that the judgment entered on such verdict does not follow the verdict," without alleging wherein such judgment fails to follow the verdict is not a complete and valid assignment of error.   *Searcy* v. *Collins,* 94 *Ga.* 642 (20 S. E. 94).

3. A petition for certiorari which contained no valid assignment of error upon a final judgment and which complained only of rulings made upon the trial, was invalid, and the judge did not err in failing to sustain it.

*Judgment affirmed.   Jenkins, P. J., and Smith, J., concur.*

DECIDED MAY 5, 1920.

Certiorari; from Chatham superior court — Judge Meldrim. July 11, 1919.

*Columbus E. Alexander, J. P. Dukes,* for plaintiff in error.
*Lee Cotton,* contra.